Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of New York
_____ (State)

Case number (if known) _____ Chapter 11

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2025 MAY -7 P 2:23

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | 296 EAST 98TH INC. |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. Debtor's federal Employer Identification Number (EIN) | 86 – 3242661 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1301 94TH STREET | |
| Number    Street | Number    Street |
| | P.O. Box |
| BROOKLYN      NY    11236 | BROOKLYN |
| City            State    ZIP Code | City            State    ZIP Code |
| KINGS | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City            State    ZIP Code |

5. Debtor's website (URL) _____

| Debtor | 296 EAST 98TH INC. | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ___ / ___ / _____ Case number _____
MM / DD / YYYY

District _____ When ___ / ___ / _____ Case number _____
MM / DD / YYYY

Debtor    296 EAST 98TH INC.
_____    Case number (if known)_____

_Name_

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☐ Yes.  Debtor _____  Relationship _____ |
| | | District _____  When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

11. Why is the case filed in *this district*?

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention?  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____

Number        Street

_____

City                                        State ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

13. Debtor's estimation of available funds

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| Debtor | 296 EAST 98TH INC. | Case number (if known) |
|---|---|---|
| | Name | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on   5/06/2025
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  PRESIDENT

WILTON TRIMMINGHAM
Printed name

18. Signature of attorney

X _____
Signature of attorney for debtor

Date _____
     MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____
City                                State        ZIP Code

_____
Contact phone

_____
Email address

_____
Bar number                          State

Fill in this information to identify the case:

Debtor name   296 EAST 98TH INC.

United States Bankruptcy Court for the: Eastern District _____ District of __NY__
                                                                                        (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

| Debtor | 296 EAST 98TH INC. | | Case number (if known) | | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

[Check the appropriate boxes and, if applicable, provide the required information.]

1.   I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  05/06/2025 _____

By: _____
Signature of Debtor, or attorney for Debtor

Name:  WILTON TRIMMINGHAM _____
Printed name of Debtor, or attorney for Debtor

This form is optional  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

Fill in this information to identify the case:

Debtor name  296 EAST 98TH INC.

United States Bankruptcy Court for the  Eastern District  District of  NY
                                                                    {State}

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

    1a. Real property:
        Copy line 88 from *Schedule A/B* ............................................................................................... $ ____600,000.00

    1b. Total personal property:
        Copy line 91A from *Schedule A/B* ............................................................................................. $ _____0.00

    1c. Total of all property:
        Copy line 92 from *Schedule A/B* ............................................................................................... $ ____600,000.00

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ ____836,136.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................................... $ _____0.00

    3b. Total amount of claims of nonpriority amount of unsecured claims:
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................... + $ _____0.00

4.  Total liabilities ................................................................................................................................ $ ____836,136.00
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  296 EAST 98TH INC.

United States Bankruptcy Court for the  Eastern Distri_____  District of _____
(State)

Case number (If known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on hand

$              0.00

3. Checking, savings, money market, or financial brokerage accounts *(identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. Other cash equivalents *(Identify all)*

   | | |
   |---|---|
   | 4.1. _____ | $_____ |
   | 4.2. _____ | $_____ |

5. Total of Part 1

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$              0.00

### Part 2:  Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. _____ | $_____ |
   | 7.2. _____ | $              0.00 |

Debtor    296 EAST 98TH INC.
                    Name                                                          Case number (if known)_____

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

   Description, including name of holder of prepayment

   8.1._____    $_____
   8.2._____    $_____

9. Total of Part 2.
   Add lines 7 through 8. Copy the total to line 81.                                   $_____0.00

## Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                             Current value of debtor's
                                                                             interest

11. Accounts receivable

    11a. 90 days old or less:    _____ – _____  = ......→    $_____
                                  face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____  = ......→    $_____
                                  face amount          doubtful or uncollectible accounts

12. Total of Part 3
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.             $_____0.00

## Part 4:    Investments

13. Does the debtor own any investments?

    ☑ No. Go to Part 5
    ☐ Yes. Fill in the information below.

                                                          Valuation method          Current value of debtor's
                                                          used for current value    interest

14. Mutual funds or publicly traded stocks not included in Part 1

    Name of fund or stock:
    14.1._____  _____    $_____
    14.2._____  _____    $_____

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture

    Name of entity:                                  % of ownership:
    15.1._____   _____%  _____    $_____
    15.2._____   _____%  _____    $_____

16. Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1

    Describe:
    16.1._____  _____    $_____
    16.2._____  _____    $_____

17. Total of Part 4
    Add lines 14 through 16. Copy the total to line 83.                                $_____0.00

Debtor    296 EAST 98TH INC.                                          Case number (if known)_____
          Name

18. Does the debtor own any inventory (excluding agriculture assets)?
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| | MM / DD / YYYY | $_____ | | $_____ |
| 20. Work in progress | | | | |
| | MM / DD / YYYY | $_____ | | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| | MM / DD / YYYY | $_____ | | $_____ |
| 22. Other inventory or supplies | | | | |
| | MM / DD / YYYY | $_____ | | $_____ |

23. Total of Part 5
    Add lines 19 through 22. Copy the total to line 84.                              $          0.00

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| | $_____ | | $_____ |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $_____ | | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| | $_____ | | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| | $_____ | | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| | $_____ | | $_____ |

| Debtor | 296 EAST 98TH INC. | Case number (if known) |
|---|---|---|
| | *Name* | |

33. Total of Part 6.

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. Is the debtor a member of an agricultural cooperative?

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. Is a depreciation schedule available for any of the property listed in Part 6?

☐ No

☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| _____ | $ _____ | _____ | $ _____ |
| 40. Office fixtures | | | |
| _____ | $ _____ | _____ | $ _____ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| _____ | $ _____ | _____ | $ _____ |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. Total of Part 7.

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. Is a depreciation schedule available for any of the property listed in Part 7?

☐ No

☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor    296 EAST 98TH INC.                                    Case number (if known)_____
          Name

---

**Part 8:** Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. Aircraft and accessories

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

| $ | 0.00 |
|---|---|

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor    296 EAST 98TH INC.                                  Case number (if known)_____
_____
            Name

## Part 9:    Real property

54.  Does the debtor own or lease any real property?
☐ No. Go to Part 10.
☑ Yes. Fill in the information below

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 689 Madison St, Bklyn, NY11221 | fee simple | $_____ | Estimate of value | $ 600,000.00 |
| 55.2 | | $_____ | | $_____ |
| 55.3 | | $_____ | | $_____ |
| 55.4 | | $_____ | | $_____ |
| 55.5 | | $_____ | | $_____ |
| 55.6 | | $_____ | | $_____ |

56.  Total of Part 9.
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 83.

$ 600,000.00

57.  Is a depreciation schedule available for any of the property listed in Part 9?
☑ No
☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59.  Does the debtor have any interests in intangibles or intellectual property?
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | $_____ | | $_____ |
| 61.  Internet domain names and websites | $_____ | | $_____ |
| 62.  Licenses, franchises, and royalties | $_____ | | $_____ |
| 63.  Customer lists, mailing lists, or other compilations | $_____ | | $_____ |
| 64.  Other intangibles, or intellectual property | $_____ | | $_____ |
| 65.  Goodwill | $_____ | | $_____ |

66.  Total of Part 10.
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    296 EAST 98TH INC.                                    Case number (if known) _____
         Name

67.  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☐ No
     ☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
     ☐ No
     ☐ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?
     ☐ No
     ☐ Yes

## Part 11:    All other assets

70.  Does the debtor own any other assets that have not yet been reported on this form?
     Include all interests in executory contracts and unexpired leases not previously reported on this form.
     ☑ No. Go to Part 12.
     ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  Notes receivable
     Description (include name of obligor)
     _____    _____  –  _____  = →   $_____
     _____    Total face amount    doubtful or uncollectible amount

72.  Tax refunds and unused net operating losses (NOLs)
     Description (for example, federal, state, local)
     _____    Tax year _____    $_____
     _____    Tax year _____    $_____
     _____    Tax year _____    $_____

73.  Interests in insurance policies or annuities
     _____                          $_____

74.  Causes of action against third parties (whether or not a lawsuit has been filed)
     _____                          $_____
     Nature of claim    _____
     Amount requested    $_____

75.  Other contingent and unliquidated claims or causes of action of every nature, including counter-claims of the debtor and rights to set off claims
     _____                          $_____
     Nature of claim    _____
     Amount requested    $_____

76.  Trusts, equitable or future interests in property
     _____                          $_____

77.  Other property of any kind not already listed   Examples: Season tickets, country club membership
     _____                          $_____
     _____                          $_____

78.  Total of Part 11.
     Add lines 71 through 77. Copy the total to line 90.    $_____ 0.00

79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?
     ☐ No
     ☐ Yes

| Debtor | 296 EAST 98TH INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* . ......................................................... → | | $ 600,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ...........................91a. | $ 0.00 | + 91b. $ 600,000.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ................................................................................    $ 600,000.00

Fill in this information to identify the case:

Debtor name   296 EAST 98TH INC.

United States Bankruptcy Court for the   Eastern District    District of   NY
                                                                        (State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
U.S National Bank Association

Creditor's mailing address
c/o Knuckles & Manfro, LLP
120 White Plains Road, Suite 215
Tarrytown, New York 10591

Creditor's email address, if known
_____

Date debt was incurred   7/11/2006
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
2 family at 689 Madison Street, Brooklyn, NY 11221

$  600,000.00    $  836,136.00

Describe the lien
First mortgage on Property

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Creditor's mailing address
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____

$_____    $_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$_____

| Debtor | 296 EAST 98TH INC. | Case number (if known) |
|---|---|---|
| | Name | |

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

_____ $_____ $_____

Creditor's mailing address

_____

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

_____ $_____ $_____

Creditor's mailing address

_____

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Debtor       296 EAST 98TH INC,                                           Case number (if known)_____
                    Name

**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor</td><td>296 EAST 98TH INC.</td></tr>
<tr><td>United States Bankruptcy Court for the</td><td>Eastern District    District of NY<br>(State)</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____ | As of the petition filing date, the claim is: $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $_____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____ | As of the petition filing date, the claim is: $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $_____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____ | As of the petition filing date, the claim is: $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $_____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor    296 EAST 98TH INC.    Case number (if known)
           Name

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    Total claim    Priority amount

2._    Priority creditor's name and mailing address

           $_____    $_____

           As of the petition filing date, the claim is:
           Check all that apply.
           ❑ Contingent
           ❑ Unliquidated
           ❑ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    _____

Last 4 digits of account    Is the claim subject to offset?
number _____ _____ _____ _____    ❑ No
           ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._    Priority creditor's name and mailing address

           $_____    $_____

           As of the petition filing date, the claim is:
           Check all that apply.
           ❑ Contingent
           ❑ Unliquidated
           ❑ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    _____

Last 4 digits of account    Is the claim subject to offset?
number _____ _____ _____ _____    ❑ No
           ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._    Priority creditor's name and mailing address

           $_____    $_____

           As of the petition filing date, the claim is:
           Check all that apply.
           ❑ Contingent
           ❑ Unliquidated
           ❑ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    _____

Last 4 digits of account    Is the claim subject to offset?
number _____ _____ _____ _____    ❑ No
           ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

2._    Priority creditor's name and mailing address

           $_____    $_____

           As of the petition filing date, the claim is:
           Check all that apply.
           ❑ Contingent
           ❑ Unliquidated
           ❑ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    _____

Last 4 digits of account    Is the claim subject to offset?
number _____ _____ _____ _____    ❑ No
           ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| Debtor | 296 EAST 98TH INC. | Case number (if known) _____ |
|---|---|---|
| | Name | |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.2** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.3** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.4** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.5** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.6** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor    296 EAST 98TH INC.                                    Case number (if known)_____
              Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. **Continue numbering the lines sequentially from the previous page.** If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
❏ No
❏ Yes

Last 4 digits of account number    ___ ___ ___ ___

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
❏ No
❏ Yes

Last 4 digits of account number    ___ ___ ___ ___

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
❏ No
❏ Yes

Last 4 digits of account number    ___ ___ ___ ___

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
❏ No
❏ Yes

Last 4 digits of account number    ___ ___ ___ ___

3.___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
❏ No
❏ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor    296 EAST 98TH INC.
          Name

Case number (if known)_____

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    296 EAST 98TH INC.
_____
Name                                                              Case number (if known)_____

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ❑ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    296 EAST 98TH INC.    Case number (if known) _____
              Name

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $_____ |
| 5b. Total claims from Part 2 | 5b. + | $_____ |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $_____ |

**Fill in this information to identify the case:**

Debtor name  296 EAST 98TH INC.

United States Bankruptcy Court for the: Eastern District                District of  NY
                                                                              (State)

Case number (If known): _____          Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    296 EAST 98TH INC.                                    Case number *if known*_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired lease

2._ State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2._ State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2._ State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2._ State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2._ State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2._ State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2._ State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

Fill in this information to identify the case:

Debtor name __296 EAST 98TH INC.__

United States Bankruptcy Court for the: __Eastern District__ District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Elizabeth Mathew | 689 Madison Street | | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Brooklyn   NY   11221 | | |
| | City   State   ZIP Code | | |
| 2.2 | | | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City   State   ZIP Code | | |
| 2.3 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City   State   ZIP Code | | |
| 2.4 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City   State   ZIP Code | | |
| 2.5 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City   State   ZIP Code | | |
| 2.6 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City   State   ZIP Code | | |

Debtor    296 EAST 98TH INC.                                    Case number (if known)_____
          Name

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                            *Column 2:* Creditor

| Name | Mailing address | | | Name | Check all schedules that apply: |
|------|------|------|------|------|------|

2.___

Street _____                 ❏ D
                                                                ❏ E/F
_____                         ❏ G

City          State          ZIP Code

2.___

Street _____                 ❏ D
                                                                ❏ E/F
_____                         ❏ G

City          State          ZIP Code

2.___

Street _____                 ❏ D
                                                                ❏ E/F
_____                         ❏ G

City          State          ZIP Code

2.___

Street _____                 ❏ D
                                                                ❏ E/F
_____                         ❏ G

City          State          ZIP Code

2.___

Street _____                 ❏ D
                                                                ❏ E/F
_____                         ❏ G

City          State          ZIP Code

2.___

Street _____                 ❏ D
                                                                ❏ E/F
_____                         ❏ G

City          State          ZIP Code

2.___

Street _____                 ❏ D
                                                                ❏ E/F
_____                         ❏ G

City          State          ZIP Code

2.___

Street _____                 ❏ D
                                                                ❏ E/F
_____                         ❏ G

City          State          ZIP Code

---

Fill in this information to identify the case and this filing:

Debtor Name  296 EAST 98TH INC.

United States Bankruptcy Court for the:  EASTERN          District of  NY
                                                                            (State)

Case number (if known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/6/2025              ✗  _____
             MM / DD / YYYY            Signature of individual signing on behalf of debtor


                                       WILTON TRIMMINGHAM
                                       Printed name

                                       PRESIDENT
                                       Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): __296 EAST 98TH INC._____    CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _1:25-40326-NHL_  JUDGE: _NHL_____  DISTRICT/DIVISION: _EASTEN____

CASE STILL PENDING (Y/N): _N___    [*If closed*] Date of closing: _3/13/2025_____

CURRENT STATUS OF RELATED CASE: __DISMISSED_____
                                 (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _689 MADISON STREET, BROOKLYN, NY 11221_
_____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____    [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                                 (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____
_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)


3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED
IN SCHEDULE "A" OF RELATED CASE:_____

_____


*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.


TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):_____


CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


_____          _____
Signature of Debtor's Attorney                   Signature of Pro Se Debtor/Petitioner

                                                 1301 EAST 94TH STREET
                                                 Mailing Address of Debtor/Petitioner

                                                 BROOKLYN, NY 11236
                                                 City, State, Zip Code

                                                 718-755-7469
                                                 Area Code and Telephone Number


Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

**UNITED STATES BANKRUPTCY COURT**
Eastern District of New York

In re:   296 EAST 98TH INC.                          Case No: _____ (if known)
                                                     Chapter  11

        Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

        The above named Debtor(s) hereby verifies that the attached list of creditors is
true and correct to the best of my/their knowledge.

Date: _5/06/2025_                           _____
                                            Debtor

Date: _____                       _____
                                            Joint Debtor

CREDITOR MATRIX

U.S. BANK NATIONAL ASSOCIATION
c/o Knuckles & Manfro, LLP
120 White Plains Road, Suite 215
Tarrytown, New York 10591

**United States Bankruptcy Court**
**Eastern District of New York**

_____X

In re:
296 EAST 98TH INC.,

                                                                Case No.:

                                                                Chapter 11

                            Debtor.

_____X


**CORPORATE RESOLUTION PURSUANT TO S.D.N.Y. LBR 1074-1(a)**

A meeting of the Board of Directors of 296 EAST 98TH INC. (the "Corporation") was duly called and held on May 6, 2025, at which a quorum was present and acted throughout.


The following resolution was adopted:

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interest of the Corporation, its creditors, and other parties in interest, that the Corporation file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code; and

FURTHER RESOLVED, that WILTON TRIMMINGHAM, President of the Company, is hereby authorized, empowered, and directed to execute and file on behalf of the Corporation all petitions, schedules, lists, and other papers or documents, and to take any and all action necessary or proper to obtain relief under Chapter 11 of the United States Bankruptcy Code, including without limitation, the execution and delivery of any agreements, instruments, and documents deemed necessary or appropriate by the Vice President.

FURTHER RESOLVED, that WILTON TRIMMINGHAM is authorized to retain legal counsel, accountants, financial advisors, or other professionals to assist the Corporation in the Chapter 11 case and to take any and all other actions that may be deemed necessary or appropriate to carry out the foregoing resolution.

The undersigned certifies that the foregoing is a true and correct copy of the resolution duly adopted by the Board of Directors of 296 EAST 98TH INC.

Dated: May 6, 2025
Respectfully Submitted,

296 EAST 98TH INC.

By: Wilton Trimmingham
Title: President
Address: 1301 East 94th Street
 Brooklyn, NY 11236